B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ferguson, Madonna M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8806** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 North Glenview Avenue**<br>**Lombard, IL**<br><div align="right">ZIP Code</div>**60148** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9   of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13   of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as   business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                         Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Ferguson, Madonna M** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Scott W. Sheen**          **November 23, 2010** |
| | Signature of Attorney for Debtor(s)          (Date) |
| | **Scott W. Sheen 6216837** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

<div align="right">Page 3</div>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ferguson, Madonna M** |

<div align="center">Signatures</div>

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Madonna M Ferguson**
Signature of Debtor **Madonna M Ferguson**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 23, 2010**
Date

## Signature of Attorney*

**X** **/s/ Scott W. Sheen**
Signature of Attorney for Debtor(s)

**Scott W. Sheen 6216837**
Printed Name of Attorney for Debtor(s)

**Scott W. Sheen & Associates, P.C.**
Firm Name

**713 East Main Street**
**St. Charles, IL 60174**

_____
Address

**630-443-6200  Fax: 630-443-6204**
Telephone Number

**November 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Madonna M Ferguson**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Madonna M Ferguson**

**Madonna M Ferguson**

Date:    **November 23, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re **Madonna M Ferguson** _____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 210,000.00 | | |
| B - Personal Property | Yes | 3 | 25,422.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 221,432.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,763.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 122,164.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,277.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,257.00 |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| Total Assets | | | 235,422.00 | | |
| Total Liabilities | | | | 345,359.31 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Madonna M Ferguson** _____,     Case No. _____
                                    Debtor

                                    Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,763.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,763.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,277.00 |
| Average Expenses (from Schedule J, Line 18) | 2,257.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,675.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 11,432.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,763.00 |
| 4. Total from Schedule F | | 122,164.31 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 135,359.31 |

B6A (Official Form 6A) (12/07)

In re    **Madonna M Ferguson** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Three bedroom ranch**<br>**5 North Glenview Avenue**<br>**Lombard, Il. 60148**<br>**Purchased 6/05**<br>**Cost $229,000** | | - | **210,000.00** | **221,432.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **210,000.00** | (Total of this page) |
| Total > | **210,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Madonna M Ferguson**                                                                    ,    Case No. _____
                                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on person** | - | 14.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account 1400043840 West Suburban Bank 707 North Main Street Lombard, Il. 60148** | - | 275.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household furniture** | - | 450.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal clothing** | - | 100.00 |
| 7.  Furs and jewelry. | | **Costume jewelry** | - | 25.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Kodak camera** | - | 10.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          874.00
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Madonna M Ferguson**                                                ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA account 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 AXA Equitable 1250 Barclay Boulevard Buffalo Grove, Il. 60089-4500** | - | 98.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Child support Edward Ferguson 1691 Patricia Lane Orange Park, FL. 32073** | - | 19,700.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **19,798.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Madonna M Ferguson**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mitshubishi Endeavor 98,000 miles** | - | 4,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 4,750.00 |
| (Total of this page) | |
| Total > | 25,422.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Madonna M Ferguson**                                        ,      Case No. _____

_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on person** | **735 ILCS 5/12-1001(b)** | **14.00** | **14.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account 1400043840** | **735 ILCS 5/12-1001(b)** | **275.00** | **275.00** |
| **West Suburban Bank** | | | |
| **707 North Main Street** | | | |
| **Lombard, Il. 60148** | | | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous household furniture** | **735 ILCS 5/12-1001(b)** | **450.00** | **450.00** |
| **Wearing Apparel** | | | |
| **Personal clothing** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **Costume jewelry** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Kodak camera** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA account 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** | **735 ILCS 5/12-704** | **98.00** | **98.00** |
| **AXA Equitable** | | | |
| **1250 Barclay Boulevard** | | | |
| **Buffalo Grove, Il. 60089-4500** | | | |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **Child support** | **735 ILCS 5/12-1001(g)(4)** | **19,700.00** | **19,700.00** |
| **Edward Ferguson** | | | |
| **1691 Patricia Lane** | | | |
| **Orange Park, FL. 32073** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Mitsubishi Endeavor** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,750.00** |
| **98,000 miles** | **735 ILCS 5/12-1001(b)** | **2,350.00** | |

Total:    **25,422.00**    **25,422.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Madonna M Ferguson**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **94118461** | | | | **6/22/05** **Mortgage** **Three bedroom ranch** **5 North Glenview Avenue** **Lombard, Il. 60148** **Purchased 6/05** **Cost $229,000** | | | | | |
| **Bac Home Loans Service** **450 American St** **Simi Valley, CA 93065** | - | | | | | | | | |
| | | | | Value $                **210,000.00** | | | | **221,432.00** | **11,432.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | Subtotal (Total of this page) | **221,432.00** | **11,432.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **221,432.00** | **11,432.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Madonna M Ferguson**                                                            , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Madonna M Ferguson**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **70018-7625** <br><br> **Internal Revenue Service** <br> **PO BOX 145577** <br> **Cincinnati, OH 45250** | - | | **12/08** <br><br> **Taxes** | | | | 1,763.00 | 1,763.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 1,763.00 | 1,763.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 1,763.00 | 1,763.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Madonna M Ferguson**                                                                , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **APC346** <br><br> **Advanced Pain Consultants** <br> **6400 Industrial Loop** <br> **Greendale, WI 53129** | - | | 07-16-10 <br> medical | | | | 1,578.80 |
| Account No. **HD08000332455** <br><br> **Alexian Brothers Hospital** <br> **1650 Moon Boulevard** <br> **Schaumburg, IL 60194-1010** | X | | 2/16/09 <br> Medical | | | | 4,607.00 |
| Account No. **H08000321292** <br><br> **Alexian Brothers Hospital** <br> **1650 Moon Lake Boulvard** <br> **Hoffman Estates, IL** | X - | | 1-21-09 <br> Medical | | | | 13,585.00 |
| Account No. **H08000348865** <br><br> **Alexian Brothers Hospital** <br> **1650 Moonlake Boulevard** <br> **Hoffman Estates, IL 60194-1010** | X - | | 3-2-09 <br> Medical | | | | 10,010.00 |

___42___ continuation sheets attached

Subtotal
(Total of this page)                                                                                              29,780.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                     ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **H0800303688** <br><br> **Alexian Brothers Hospital** <br> **1650 Moon Lake Boulevard** <br> **Hoffman Estates, IL** | X | - | | **1-12-09** <br> **medical** | | | | 120.00 |
| Account No. **H08000299217** <br><br> **Alexian Brothers Hospital** <br> **1650 Moon Lake Boulevard** <br> **Hoffman Estates, IL 60194-1010** | X | - | | **11-25-08** <br> **medical** | | | | 715.00 |
| Account No. **06035-00228** <br><br> **Alexian Brothers Hospital** <br> **1650 Moonlake Boulevard** <br> **Hoffman Estates, IL 60194-1010** | X | - | | **02-04-06** <br> **medical** | | | | 66.00 |
| Account No. **244789** <br><br> **Alexian Brothers Outpatient Group** <br> **1650 Moon Lake Blvd** <br> **Hoffman Estates, IL** | X | - | | **7-31-10** <br> **medical** | | | | 645.17 |
| Account No. <br><br> **All American Garage Doors** <br> **260 Cortland Av** <br> **Hinsdale, IL 60521** | | - | | **03-16-09** <br> **Repair door** | | | | 4,678.00 |

Sheet no. __1__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,224.17 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **K1990344221-KIDE**  **All Kids And Family Care** **P.O Box 19121** **Springfield, IL 62794** | X | - | | | 08-07-09 **Family Care** | | | | 300.00 |
| Account No. **1002497013**  **Armor Systems Co** **1700 Kiefer Dr Ste 1** **Zion, IL 60099** | | - | | | Opened 2/22/10 Last Active 9/01/09 **Collection University Anesthesi** | | | | 76.00 |
| Account No. **0080844APC**  **Associate Pathology** **PO BOX 3680** **Peoria, IL 61612** | | - | | | 08-08-06 **medical** | | | | 8.00 |
| Account No. **CPA24569**  **Associate Pathology** **PO BOX 3680** **Peoria, IL 61612** | | - | | | 10-04-09 **medical** | | | | 67.00 |
| Account No. **8977847**  **AT&T** **P.O. Box 27288** **Tempe, AZ 85282** | | - | | | 04-21-06 **Phone** | | | | 147.00 |

Sheet no. __2__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

598.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madonna M Ferguson**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **63049525335437** <br><br> **AT&T** <br> **P.O. Box 78355** <br> **Phoenix, AZ 85062-8355** | | - | | | 07-01-10 <br> phone | | | | 198.00 |
| Account No. **14338** <br><br> **ATG Credit** <br> **P.O. Box 14895** <br> **Chicago, IL 60614-4895** | | - | | | medical | | | | 157.00 |
| Account No. **67574** <br><br> **ATG Credit** <br> **P.O. Box 14895** <br> **Chicago, IL 60614-4895** | X | - | | | 10-12-09 <br> Medical | | | | 45.00 |
| Account No. **21671** <br><br> **Atg Credit Llc** <br> **1043 W. Grandville** <br> **Chicago, IL 60660** | | - | | | Opened 1/01/07 Last Active 2/01/06 <br> GovernmentSecuredDirectLoan Suburban Lung A | | | | 100.00 |
| Account No. **E42053** <br><br> **Boblick Medical Group** <br> **7005 Wesr North Avenue** <br> **Oak Park, IL 60302** | X | - | | | 1998 <br> Medical | | | | 688.00 |

Sheet no. __3___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,188.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **15329002090812937** | | | - | | Opened 8/26/09 Last Active 1/01/09 Collection Metris | | | | |
| **Cach Llc** 370 17th St Ste 5000 Denver, CO 80202 | | | | | | | | | 4,778.00 |
| Account No. **62062139314541001** | | | - | | Opened 6/13/08 Last Active 4/16/09 Automobile | | | | |
| **Capital One Auto Finan** 3901 Dallas Pkwy Plano, TX 75093 | | | | | | | | | 6,053.00 |
| Account No. **13600994** | | | - | | Opened 9/22/09 Last Active 2/01/09 Collection Hsbc Bank Nevada | | | | |
| **Cavalry Portfolio Serv** 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | | | | | | | | | 1,671.00 |
| Account No. **6488035001** | X | | - | | 09-25-09 medical | | | | |
| **Central Dupage Hospital** P.O. Box 4689 Carol Stream, IL 60197-4698 | | | | | | | | | 712.75 |
| Account No. **64880440001** | X | | - | | 09-15-09 medical | | | | |
| **Central Dupage Hospital** P.O. Box 4698 Carol Stream, IL 60197-4698 | | | | | | | | | 846.00 |

Sheet no. __4__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **14,060.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8977847**<br><br>**Cesario & Walker**<br>**211 West Chicago Ave Ste 118**<br>**Hinsdale, IL 60521** | - | | 04-21-06<br>**Attorney** | | | | 146.63 |
| Account No. **Unknown**<br><br>**Chicago Institute of Neuro Surgery**<br>**1200 S. York Rd**<br>**Elmhurst, IL 60126** | - | | 10-01-09<br>**Medical** | | | | 100.00 |
| Account No. **65852628**<br><br>**Chicago Tribune**<br>**435 N Michican**<br>**Chicago, IL 60611** | | | 05-30-10<br>**Newspaper** | | | | 13.00 |
| Account No. **01-010000-8798101220634690-0**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | - | | 03-12-10<br>**comcast** | | | | 1,243.15 |
| Account No. **8798201030588680**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | - | | 06-08-10<br>**Internet** | | | | 264.48 |

Sheet no. __5___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,767.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                                   ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1105851** <br><br> **Computer Credit** <br> **640 West Fourth Street** <br> **Winston Salem, NC 27101** | - | | | | **2008** <br> **Medical** | | | | 46.00 |
| Account No. **2578207** <br><br> **Computer Credit** <br> **640 West Fourth Street** <br> **Winston Salem, NC 27101** | - | | | | **2009** <br> **Medical** | | | | 150.00 |
| Account No. **1105851** <br><br> **Computer Credit** <br> **640 West Fourth Street** <br> **Winston Salem, NC 27101** | - | | | | **2008** <br> **Medical** | | | | 415.00 |
| Account No. **1576071486** <br><br> **Credit Protection Asso** <br> **13355 Noel Rd Ste 2100** <br> **Dallas, TX 75240** | - | | | | **Opened 2/08/10 Last Active 1/01/10** <br> **Collection Comcast** | | | | 177.00 |
| Account No. **82555909643443000** <br><br> **Dish Network** <br> **Dept 0063** <br> **Palatine, IL 60055-0063** | - | | | | **06-20-10** <br> **cable** | | | | 65.99 |

Sheet no. __6__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    853.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                              ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Z34-1000622** <br><br> **Donald Nash** <br> **1730 Park Street Ste 101** <br> **Naperville, IL 60563** | - | | | **12-22-09** <br> **Collection** | | | | 61.80 |
| Account No. **Madonna Ferguson** <br><br> **Dr Sandstrom & Dr D'agostino** <br> **1786 Moon Lake Boulevard** <br> **Hoffman Estates, IL 60169** | X - | | | **10-12-09** <br> **medical** | | | | 216.44 |
| Account No. **FE0003** <br><br> **Dr. Jawad Ghanayem DDS** <br> **1 S. 224 Summit av** <br> **st 302** <br> **Villa Park, IL 60181** | X - | | | **04-16-05** <br> **medical** | | | | 29.00 |
| Account No. <br><br> **Dupage Psychological** <br> **1112 S. Washington** <br> **Naperville, IL 60540** | X - | | | **07-01-04** <br> **medical** | | | | 257.74 |
| Account No. **67-7692507** <br><br> **Elk Grove Radiology** <br> **75 Remittamce Dr. #6500** <br> **Chicago, IL 60675** | - | | | **02-17-06** <br> **medical** | | | | 45.00 |

Sheet no. __7__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

609.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E00002051099** <br><br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Dr. Dept 6383** <br> **Chicago, IL 60675** | X | - | 05-16-08 <br> medical | | | | 88.54 |
| Account No. **13941896** <br><br> **Elmhurst Anthesthesiologist** <br> **PO BOX 87316** <br> **Carol Stream, IL 60122** | | - | 08-09-06 <br> medical | | | | 27.60 |
| Account No. **14049457** <br><br> **Elmhurst Anthesthesiologist** <br> **PO BOX 87316** <br> **Carol Stream, IL 60122** | | - | 08-08-06 <br> medical | | | | 4.50 |
| Account No. **14049457** <br><br> **Elmhurst Anthesthesiologist** <br> **PO BOX 87316** <br> **Carol Stream, IL 60122** | | - | 08-09-06 <br> Medical | | | | 6.80 |
| Account No. **14049457** <br><br> **Elmhurst Anthesthesiologist** <br> **PO BOX 87316** <br> **Carol Stream, IL 60122** | | - | 08-10-06 <br> medical | | | | 4.20 |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    131.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **32881280**<br><br>**Elmhurst Anthesthesiologist**<br>**PO BOX 87316**<br>**Carol Stream, IL 60122** | - | | | **08-25-08**<br>**medical** | | | | **10.00** |
| Account No. **33893412**<br><br>**Elmhurst Anthesthesiologist**<br>**PO BOX 87316**<br>**Carol Stream, IL 60122** | - | | | **01-23-09**<br>**medical** | | | | **28.00** |
| Account No. **003-23261**<br><br>**Elmhurst Emergengy Med.**<br>**1165 Paysphere circle**<br>**Chicago, IL 60674** | X - | | | **12-23-09**<br>**medical** | | | | **745.00** |
| Account No. **E00002602394**<br><br>**Elmhurst Memorial Healthcare**<br>**PO BOX 4052**<br>**Carol Stream, IL 60197** | X - | | | **12-03-09**<br>**medical** | | | | **16.10** |
| Account No. **E00001984632**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | X - | | | **03-08-08**<br>**medical** | | | | **66.64** |

Sheet no. __**9**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **865.74**

B6F (Official Form 6F) (12/07) - Cont.

In re __Madonna M Ferguson_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **E00002756214** | | | | | 05-21-10 medical | | | | |
| **Elmhurst Memorial Healthcare 75 remittance Dr. Dept 6383 Chicago, IL 60675** | X | - | | | | | | | 21.62 |
| Account No. **E00002703878** | | | | | 03-22-10 medical | | | | |
| **Elmhurst Memorial Healthcare 75 remittance Dr. Dept 6383 Chicago, IL 60675** | X | - | | | | | | | 22.87 |
| Account No. **E00002542399** | | | | | 10-04-10 medical | | | | |
| **Elmhurst Memorial Healthcare 75 remittance Dr. Dept 6383 Chicago, IL 60675** | X | - | | | | | | | 24.25 |
| Account No. **E00002517733** | | | | | 01-07-10 medical | | | | |
| **Elmhurst Memorial Healthcare 75 remittance Dr. Dept 6383 Chicago, IL 60675** | X | - | | | | | | | 24.46 |
| Account No. **E00002716516** | | | | | 04-01-10 medical | | | | |
| **Elmhurst Memorial Healthcare PO BOX 4052 Carol Stream, IL 60197** | | - | | | | | | | 50.00 |

Sheet no. __10__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **E00002444605** <br><br> **Elmhurst Memorial Healthcare** <br> **PO BOX 4052** <br> **Carol Stream, IL 60197** | - | | | | 06-30-09 <br> medical | | | | 150.00 |
| Account No. **2497837** <br><br> **Elmhurst Memorial Healthcare** <br> **PO BOX 4052** <br> **Carol Stream, IL 60197** | - | | | | 8/09 <br> medical | | | | 150.00 |
| Account No. **E00002284143** <br><br> **Elmhurst Memorial Healthcare** <br> **75 remittance Dr. Dept 6383** <br> **Chicago, IL 60675** | - | | | | 01-21-09 <br> medical | | | | 33.21 |
| Account No. **E0000255222** <br><br> **Elmhurst Memorial Healthcare** <br> **PO BOX 4052** <br> **Carol Stream, IL 60197** | - | | | | 10-16-09 <br> medical | | | | 150.00 |
| Account No. **E000021146526** <br><br> **Elmhurst Memorial Healthcare** <br> **75 remittance Dr. Dept 6383** <br> **Chicago, IL 60675** | - | | | | 08-25-09 <br> medical | | | | 300.85 |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **784.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E0000258188**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | - | | 12-09-08<br>medical | | | | 422.40 |
| Account No. **E00001627728**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | - | | 04-09-07<br>medical | | | | 471.35 |
| Account No. **E00001442796**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | - | | 08-08-06<br>medical | | | | 541.22 |
| Account No. **E00001403921**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | - | | 06-26-06<br>medical | | | | 549.39 |
| Account No. **E00002334301**<br><br>**Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** | - | | 05-14-09<br>medical | | | | 2,243.72 |

Sheet no. __12__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,228.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                              ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **62-6942972**<br><br>**Elmhurst Orthopedic<br>PO Box 87618 dept 7010<br>Chicago, IL 60680** | - | | | **08-18-08<br>medical** | | | | **10.00** |
| Account No. **62-6942972**<br><br>**Elmhurst Orthopedic<br>PO Box 87618 dept 7010<br>Chicago, IL 60680** | - | | | **08-07-06<br>medical** | | | | **34.10** |
| Account No. **62-6942972**<br><br>**Elmhurst Orthopeics<br>PO BOX 646<br>Chicago, IL 60680** | - | | | **12-11-08<br>medical** | | | | **886.00** |
| Account No.<br><br>**Elmhurst Radiologists<br>PO BOX 1035<br>Bedford Park, IL 60499** | - | | | **12-09-08<br>medical** | | | | **27.00** |
| Account No.<br><br>**Engstom Plumbing<br>415 Belden Av<br>Unit 1<br>Addison, IL 60101** | - | | | **09-07-07<br>Plumbing** | | | | **1,280.00** |

Sheet no. __**13**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,237.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                              , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **34444331**<br><br>**Escallate Llc**<br>**5200 Stoneham Rd**<br>**North Canton, OH 44720** | | - | **Opened  6/28/10  Last Active  1/01/10**<br>**Collection Dentalworks** | | | | 180.00 |
| Account No. **2017598872**<br><br>**Fair Share Plus By Wyndham**<br>**PO BOX 98940**<br>**Las Vegas, NV 89193** | | - | **12-04-08**<br>**medical** | | | | 100.00 |
| Account No. **9440959**<br><br>**Ffcc-Columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | | - | **Opened 12/09/08  Last Active  3/01/08**<br>**Collection Wojciechowski  D.D.S** | | | | 58.00 |
| Account No. **Unknown**<br><br>**Gregory Schubert**<br>**7756 S. Archer Av**<br>**Justice, IL 60458** | | - | **10-01-10**<br>**Medical** | | | | 700.00 |
| Account No. **30851**<br><br>**Grove Dental**<br>**2 East 22nd Street Ste201**<br>**Lombard, IL 60148** | | - | **2008-2009**<br>**medical** | | | | 1,024.00 |

Sheet no. __**14**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,062.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **30850-0**<br><br>**Grove Dental**<br>**2 East 22nd Street Ste 201**<br>**Lombard, IL 60148** | X | - | **08-04-08**<br>**Dental** | | | | 481.40 |
| Account No. **30850**<br><br>**Grove Dental**<br>**2 East 22nd Street Ste 201**<br>**Lombard, IL 60148** | X | - | **08-04-08**<br>**Dental** | | | | 182.00 |
| Account No. **12725042**<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | | - | **Opened 5/27/10 Last Active 8/01/09**<br>**Collection Durrani M.D. Mfm** | | | | 165.00 |
| Account No. **12633231**<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | | - | **Opened 3/08/10 Last Active 3/01/09**<br>**Collection Durrani M.D. Mfm** | | | | 138.00 |
| Account No. **12725043**<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | | - | **Opened 5/27/10 Last Active 2/01/09**<br>**Collection Durrani M.D. Mfm** | | | | 70.00 |

Sheet no. __**15**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,036.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9932957<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | - | | **Opened 7/15/06 Last Active 11/01/05**<br>**Collection Elk Grove Lab Physic** | | | | 5.00 |
| Account No. 5433280000876320<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 9/16/04 Last Active 4/01/10**<br>**Credit card** | | | | 2,295.00 |
| Account No. 11943036<br><br>**ICS**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | - | | **Opened 3/29/10**<br>**Collection Westlake Hospital** | | | | 150.00 |
| Account No. 8656196<br><br>**ICS**<br>**Po Box 646**<br>**Oak Lawn, IL 60454-0646** | - | | **09-14-05**<br>**medical** | | | | 10.00 |
| Account No. 9431491<br><br>**ICS**<br>**Po Box 646**<br>**Oak Lawn, IL 60454-0646** | - | | **01-14-06**<br>**medical** | | | | 10.00 |

Sheet no. __16__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,470.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9431490**<br><br>**ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** | - | | 08-07-06<br>medical | | | | 24.10 |
| Account No. **11308567**<br><br>**ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** | - | | 01-06-09<br>medical | | | | 136.00 |
| Account No. **10076494**<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 08-14-07<br>medical` | | | | 213.50 |
| Account No. **10303794**<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 12-04-07<br>medical | | | | 60.00 |
| Account No. **10543929**<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 03-05-08<br>medical | | | | 60.00 |

Sheet no. __**17**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

493.60

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madonna M Ferguson**                                      Case No. _____
                                          ,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7652300** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | | - | | **10-05-04** <br> **Medical** | | | | 88.00 |
| Account No. **7886893** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | | - | | **01-07-05** <br> **Medical** | | | | 15.50 |
| Account No. **78868894** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | | - | | **01-07-05** <br> **medical** | | | | 88.00 |
| Account No. **7886894** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | | - | | **02-04-05** <br> **medical** | | | | 15.50 |
| Account No. **8115124** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | | - | | **04-08-05** <br> **medical** | | | | 88.00 |

Sheet no. __**18**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **295.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**
                                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8115125** <br><br> **ICS <br> PO BOX 1010 <br> Tinley Park, IL 60477** | | - | | | 04-08-05 <br> medical | | | | 41.00 |
| Account No. **8602305** <br><br> **ICS <br> PO BOX 1010 <br> Tinley Park, IL 60477** | | - | | | 08-23-05 <br> medical | | | | 165.00 |
| Account No. **8602306** <br><br> **ICS <br> PO BOX 1010 <br> Tinley Park, IL 60477** | | - | | | 10-08-05 <br> Medical | | | | 100.00 |
| Account No. **8602307** <br><br> **ICS <br> PO BOX 1010 <br> Tinley Park, IL 60477** | | - | | | 12-27-05 <br> medical | | | | 100.00 |
| Account No. **9344483** <br><br> **ICS <br> PO BOX 1010 <br> Tinley Park, IL 60477** | | - | | | 06-10-06 <br> medical | | | | 60.00 |

Sheet no. __**19**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**466.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                                      ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **34484** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | - | | 08-29-06 <br> medical | | | | 90.00 |
| Account No. **9344485** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | - | | 09-15-06 <br> medical | | | | 60.00 |
| Account No. **9344486** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | - | | 09-15-06 <br> medical | | | | 47.00 |
| Account No. **9675155** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | - | | 11-28-06 <br> medical | | | | 45.00 |
| Account No. **9675156** <br><br> **ICS** <br> **PO BOX 1010** <br> **Tinley Park, IL 60477** | - | | 11-29-06 <br> Medical | | | | 89.25 |

Sheet no. __20__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

331.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                              ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9675157<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 01-08-07<br>medical | | | | 60.00 |
| Account No. 9986318<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 03-24-07<br>medical | | | | 45.00 |
| Account No. 8713252<br><br>**ICS**<br>**PO BOX 1010**<br>**Tinley Park, IL 60477** | - | | 01-27-09<br>Medical | | | | 35.00 |
| Account No. 1013376<br><br>**ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** | - | | 10-02-06<br>medical | | | | 20.00 |
| Account No. 4966484<br><br>**ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** | - | | 03-17-07<br>medical | | | | 648.00 |

Sheet no. __21__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **808.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **327535, 401907, 630031, 109704** | | | | | **12/02-06/03** **medical** | | | | |
| **ICS** **PO BOX 646** **Oak Lawn, IL 60454-0646** | X | - | | | | | | | |
| | | | | | | | | | **84.84** |
| Account No. **1400665** | | | | | **09-07-04** **medical** | | | | |
| **ICS** **PO BOX 646** **Oak Lawn, IL 60454-0646** | X | - | | | | | | | |
| | | | | | | | | | **176.63** |
| Account No. **11943045** | | | | | **Opened  3/29/10** **Collection Westlake Hospital** | | | | |
| **Illinois Collection Se** **8231 185th St Ste 100** **Tinley Park, IL 60487** | | - | | | | | | | |
| | | | | | | | | | **150.00** |
| Account No. **12116548** | | | | | **Opened  6/04/10** **Collection Westlake Hospital Em** | | | | |
| **Illinois Collection Se** **8231 185th St Ste 100** **Tinley Park, IL 60487** | | - | | | | | | | |
| | | | | | | | | | **150.00** |
| Account No. **11934252** | | | | | **Opened  3/22/10** **Collection Westlake Hospital** | | | | |
| **Illinois Collection Se** **8231 185th St Ste 100** **Tinley Park, IL 60487** | | - | | | | | | | |
| | | | | | | | | | **87.00** |

Sheet no. __**22**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **648.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                          ,                    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11953091**<br><br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | - | **Opened 4/05/10**<br>**Collection Westlake Hospital** | | | | 87.00 |
| Account No. **Unknown**<br><br>**Internatinal Profit Ass.**<br>**1250 Barclay Blvd**<br>**Buffalo Grove, IL 60089** | | - | **10-01-10**<br>**medical** | | | | 4,000.00 |
| Account No. **49010whra**<br><br>**Jdt Medical Billing**<br>**6033 North Sheridan Road Ste N6**<br>**Chicago, IL 60660** | | - | **11-09**<br>**medical** | | | | 1,060.00 |
| Account No.<br><br>**Keller Orthotics**<br>**524 Northwest Highway**<br>**Mount Prospect, IL 60056** | | - | **10-02-07**<br>**medical** | | | | 1,500.00 |
| Account No.<br><br>**Louisa Krusack Gelmann, MD**<br>**120 Oak Brook Ctr. Mall Ste 410**<br>**Oak Brook, IL 60523** | X | - | **12-12-02**<br>**medical** | | | | 145.00 |

Sheet no. __23__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,792.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **101337600025** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | - | | | **09-23-08** <br> **Medical** | | | | **18.66** |
| Account No. **101337600028** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | - | | | **09-27-08** <br> **Medical** | | | | **93.82** |
| Account No. **10133760** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | - | | | **04-26-06** <br> **Medical** | | | | **100.00** |
| Account No. **101337600030** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | - | | | **01-27-09** <br> **Medical** | | | | **123.74** |
| Account No. **101337600031** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | - | | | **02-25-09** <br> **Medical** | | | | **18.71** |

Sheet no. __24__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **354.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8278271  Loyola Medical Center P.O. Box 6559 Carol Stream, IL 60197 | - | | | | 09-23-08 medical | | | | 10.00 |
| Account No. 101337600036  Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994 | - | | | | 08-25-09 Medical | | | | 34.02 |
| Account No. 101337600033  Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994 | - | | | | 04-21-09 Medical | | | | 25.00 |
| Account No. 1013376000035  Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994 | - | | | | 05-15-09 Medical | | | | 25.00 |
| Account No. 1013376155007  Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994 | - | | | | 12-14-05 Medical | | | | 77.71 |

Sheet no. __25__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

171.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                          ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1013376** <br><br> **Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994** | - | | | 07-10-02 Medical | | | | 2,595.00 |
| Account No. **101337613208** <br><br> **Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994** | - | | | 10-23-06 Medical | | | | 89.00 |
| Account No. **101337610709, 101337611004** <br><br> **Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994** | - | | | 06-02/ 10-02 Medical | | | | 2,806.70 |
| Account No. <br><br> **Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994** | - | | | 10-112-10 Medical | | | | 140.77 |
| Account No. **1400665** <br><br> **Loyola Medical Center P.O. Box 95994 Chicago, IL 60694-5994** | X - | | | 05-11-04 Medical | | | | 66.22 |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **5,697.69**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                        ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101337600033** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | X | - | **04-21-09** <br> **Medical** | | | | 25.00 |
| Account No. **204671900013** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | X | - | **04-21-09** <br> **Medical** | | | | 90.00 |
| Account No. **204671900014** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | X | - | **04-21-09** <br> **Medical** | | | | 75.00 |
| Account No. **2046719000016** <br><br> **Loyola Medical Center** <br> **P.O. Box 95994** <br> **Chicago, IL 60694-5994** | X | - | **04-21-09** <br> **Medical** | | | | 119.40 |
| Account No. **Madonna Ferguson** <br><br> **Lyon Foot & Ankle** <br> **6 East St Charles Rd Suite 100** <br> **Lombard, IL 60148** | | - | **08-12-08** <br> **Medical** | | | | 10.00 |

Sheet no. __27__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **319.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                              , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H08000193428**<br><br>**Malcom S. Gerald**<br>**332 South Michigan Ave Ste 600**<br>**Chicago, IL 60604** | X | - | **5-18-08**<br>**Medical** | | | | **1,827.66** |
| Account No. **F000086926**<br><br>**Med Business bureau**<br>**1175 Devin Drive Ste 173**<br>**Norton Shores, MI** | | - | **medical** | | | | **745.00** |
| Account No. **23261  210**<br><br>**Medical Business Bureau**<br>**1460 Renaissance Drive Ste 400**<br>**Park Ridge, IL 60068** | | | **Opened  1/01/10  Last Active  6/01/09**<br>**GovernmentSecuredDirectLoan Elmhurst Emerg** | | | | **745.00** |
| Account No. **4967ZUD**<br><br>**Medical Financial Mgmt**<br>**8135 milwaukee**<br>**Niles, IL 60714** | | - | **06-25-09**<br>**medical** | | | | **137.80** |
| Account No. **H61643557**<br><br>**Medical Recovery Specialist**<br>**2350 East Devon STE.225**<br>**Des Plaines, IL 60018** | | - | **10-21-08**<br>**medical** | | | | **303.94** |

Sheet no. __**28**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,759.40**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H62489513**<br><br>**Medical Recovery Specialist**<br>**2350 East Devon STE.225**<br>**Des Plaines, IL 60018** | - | | 09-08-09<br>medical | | | | 780.00 |
| Account No. **8081363111**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Boulevard Suite 4**<br>**Chicago, IL 60606** | - | | Opened 5/15/08<br>Collection Med1 02 Elmhurst Mem | | | | 549.00 |
| Account No. **8101341299**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Boulevardd Suitte 4**<br>**Chicago, IL 60606** | - | | Opened 5/14/10<br>Collection Adventist Glenoaks H | | | | 367.00 |
| Account No. **8101341118**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Boulevardlvd Ste 4**<br>**Chicago, IL 60606** | - | | Opened 5/14/10<br>Collection Adventist Glenoaks H | | | | 334.00 |
| Account No. **8091950192**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Boulevardlvd Ste 4**<br>**Chicago, IL 60606** | - | | Opened 7/13/09<br>Collection Elmhurst Outpatient | | | | 72.00 |

Sheet no. __29__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,102.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 8091950193 | | | | | Opened 7/13/09 Collection Elmhurst Outpatient | | | | |
| Merchants Credit Guide 223 W Jackson Boulevardlvd Ste 4 Chicago, IL 60606 | | - | | | | | | | 72.00 |
| Account No. **Fergus5MG** | | | | | 10-28-09 medical | | | | |
| Michael Greenbaum M.D. 31480 N highway 45 Libertyville, IL 60048 | X | - | | | | | | | 31.88 |
| Account No. 8531386462 | | | | | Opened 7/10/09 Last Active 11/01/08 Collection Washington Mutual Ba | | | | |
| Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | | | | | 8,693.00 |
| Account No. 2279884 | | | | | 03-05-10 medical | | | | |
| Midwest Neurophsyiatric 1725 W. Harrison Chicago, IL 60612 | | - | | | | | | | 140.77 |
| Account No. 6785686 | | | | | Opened 4/23/10 Collection Med1 02 Elmhurst Cli | | | | |
| Miramed 991 Oak Creek Dr Lombard, IL 60148 | | - | | | | | | | 161.00 |

Sheet no. __30__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **9,098.65**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson** ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **14338** <br><br>**Morton GroveMedical**<br>**6910 South Madison Street**<br>**Willowbrook, IL 60527** | - | | | **2/25/09**<br>**Medical** | | | | 157.00 |
| Account No. **28740692** <br><br>**MQC Collections**<br>**1730 Park st**<br>**101**<br>**Toledo, OH 43614** | - | | | **12-02-09**<br>**collections** | | | | 13.80 |
| Account No. **390280469049000000** <br><br>**National Enterprise**<br>**29125 SOLON RD.**<br>**Solon, OH 44139** | - | | | **10-06-06**<br>**medical** | | | | 124.65 |
| Account No. **11051072882** <br><br>**Nationwide Credit**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | - | | | **Opened 6/15/08 Last Active 4/01/08**<br>**Collection Loyola University He** | | | | 328.00 |
| Account No. **11051130243** <br><br>**Nationwide Credit**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | - | | | **Opened 6/21/09 Last Active 1/01/09**<br>**Collection Loyola University He** | | | | 123.00 |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **746.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **Madonna M Ferguson**                                  ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11051103320** <br><br>**Nationwide Credit** <br>**815 Commerce Dr Ste 100** <br>**Oak Brook, IL 60523** | | - | Opened 12/14/08  Last Active  9/01/08 <br>Collection Loyola University He | | | | 93.00 |
| Account No. **10910058496** <br><br>**Nationwide Credit** <br>**815 Commerce Dr Ste 100** <br>**Oak Brook, IL 60523** | | - | Opened  7/23/06  Last Active 12/01/05 <br>Collection Loyola University He | | | | 50.00 |
| Account No. **20467190001300** <br><br>**Nationwide Credit** <br>**815 Commerce Dr Ste 100** <br>**Oak Brook, IL 60523** | X | - | 05-29-10 <br>Medical | | | | 90.00 |
| Account No. <br><br>**New Dimention Designs** <br>**1212 Capital Dr** <br>**Unit 7** <br>**Addison, IL 60101** | | - | 09-19-07 <br>Home | | | | 1,268.27 |
| Account No. **6964483293** <br><br>**Nicor Gas** <br>**1844 Ferry Road** <br>**Naperville, IL 60563** | | - | Opened  6/16/03  Last Active  6/23/10 <br>Other Utility Company | | | | 309.00 |

Sheet no. __32__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,810.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 3040822000 <br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | - | | | | **Opened 11/10/06  Last Active  2/01/06**<br>**Collection Physician Anesthesia** | | | | 720.00 |
| Account No. 3688719169 <br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | - | | | | **Opened  7/16/10  Last Active  3/01/10**<br>**Collection Villa Park Photo Enf** | | | | 200.00 |
| Account No. 2825686095 <br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | - | | | | **Opened  2/22/10  Last Active 10/01/09**<br>**Collection Elmhurst Radiologist** | | | | 147.00 |
| Account No. **Unkown** <br><br>**Oakbrook Behavior Health**<br>**18 W 100 22nd st**<br>**Villa Park, IL 60181** | - | | | | 01-01-06<br>**Medical** | | | | 200.00 |
| Account No. G7978 <br><br>**Oakbrook Endodontic**<br>**120 Oakbrook Suite 514**<br>**Oak Brook, IL 60523** | - | | | | medical | | | | 21.10 |

Sheet no. __**33**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,288.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FE0003** | | | 2008-2009 Medical | | | | |
| **Oakhurst Dental 1 S224 Summit Av St 202 Villa Park, IL 60181** | | - | | | | | 337.80 |
| Account No. **FE0003** | | | 07-31-06 Dental | | | | |
| **Oakhurst Dental 1 S224 Summit Av St 202 Villa Park, IL 60181** | X | - | | | | | 63.40 |
| Account No. **D-10096351** | | | 07-31-10 Pest control | | | | |
| **Orkin Pest Control PO BOX 411 Elk Grove, IL 60009** | | - | | | | | 510.00 |
| Account No. **None** | | | 01-01-06 Medical | | | | |
| **Paintech Designs 2005 S. Finley Road Lombard, IL 60148** | | - | | | | | Unknown |
| Account No. | | | 04-12-10 medical | | | | |
| **Pediatric Dental Assoc. 949 S. Main st Lombard, IL 60148** | X | - | | | | | 224.00 |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,135.20

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                    , Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **E00001131878** | | | | | 08-20-05 medical | | | | |
| **Pellettieri & Associat, P.C. 991 Oak Creek Drive Lombard, IL 60148-6408** | - | | | | | | | | |
| | | | | | | | | | 848.93 |
| Account No. **9501** | | | | | 2004 medical | | | | |
| **Personal Growth Ass. 1111 plaza Dr 780 Schaumburg, IL 60173** | - | | | | | | | | |
| | | | | | | | | | 240.00 |
| Account No. **GC25244** | | | | | Opened 1/27/09 Last Active 4/01/06 Collection Verizon Wireless | | | | |
| **Pinnacle Credit Servic 7900 Highway 7 # 100 Saint Louis Park, MN 55426** | - | | | | | | | | |
| | | | | | | | | | 102.00 |
| Account No. **V9200464** | | | | | 01-19-09 medical | | | | |
| **Provena Mercy Center PO BOX 8800 Chicago, IL 60680** | - | | | | | | | | |
| | | | | | | | | | 50.00 |
| Account No. **97298652961** | | | | | 10-06-06 medical | | | | |
| **Retrieval Masters Creditors 2269 S Saw Mill River Rd Elmsford, NY 10523** | - | | | | | | | | |
| | | | | | | | | | 102.18 |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,343.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 00603500228 <br><br> **Revenue Cycle Solutions** <br> **Lock Box 22589** <br> **Chicago, IL 60673** | X | - | | | 02-04-06 <br> Medical | | | | 66.00 |
| Account No. 1016648451 <br><br> **RS3 Financial Corp Of America** <br> **PO BOX 163250** <br> **Austin, TX 78720** | X | - | | | 08-10-07 <br> medical | | | | 106.00 |
| Account No. **PB 626669** <br><br> **Rush Pediatric** <br> **75 Remittance Dr** <br> **Dept 1611** <br> **Chicago, IL 60675** | X | - | | | 05-17-10 <br> medical | | | | 7,113.00 |
| Account No. 1532902007/008 & 009 <br><br> **Rush University Medical Center** <br> **1700 W. Van Buren** <br> **Chicago, IL 60612** | | - | | | 01-10-10  02-10-10 <br> merdical | | | | 1,250.00 |
| Account No. 1532902009/010 & 011 <br><br> **Rush University Medical Center** <br> **1700 W. Van Buren** <br> **Chicago, IL 60612** | | - | | | 02-10  03-10 <br> medical | | | | 1,250.00 |

Sheet no. __**36**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,785.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madonna M Ferguson**                                    ,        Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1532902001/ 007 /008 /009**<br><br>**Rush University Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | | - | 11-09 2-10<br>medical | | | | 300.00 |
| Account No. **1532902010**<br><br>**Rush University Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | | - | 02-17-10<br>medical | | | | 600.00 |
| Account No. **1532902012**<br><br>**Rush University Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | | - | 03-30-10<br>medical | | | | 50.00 |
| Account No. **23449**<br><br>**Ruth Waltz Attn. At Law**<br>**PO BOX 491**<br>**Arlington Heights, IL 60006** | X | - | 07-13-00<br>medical | | | | 457.00 |
| Account No. **90612206**<br><br>**Sherman Health**<br>**35134 Eagle Way**<br>**Chicago, IL 60678-1351** | | - | 03-01-07<br>medical | | | | 110.49 |

Sheet no. __37__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,517.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madonna M Ferguson**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **90610520** <br><br> **Sherman Health** <br> **35134 Eagle Way** <br> **Chicago, IL 60678-1351** | | - | **02-27-07** <br> **medical** | | | | **78.32** |
| Account No. **90645899** <br><br> **Sherman Health** <br> **35134 Eagle Way** <br> **Chicago, IL 60678-1351** | | - | **12-07-09** <br> **medical** | | | | **137.84** |
| Account No. **90796221** <br><br> **Sherman Health** <br> **35134 Eagle Way** <br> **Chicago, IL 60678-1351** | | - | **12-02-09** <br> **medical** | | | | **242.87** |
| Account No. **3067-3474** <br><br> **Steven B Coker M.D.** <br> **900 Jorie Blvd Suite 220** <br> **Oak Brook, IL 60523** | X | - | **09-14-09** <br> **medical** | | | | **735.00** |
| Account No. **21395** <br><br> **Suburban Lung Associates** <br> **PO BOX 6971** <br> **Lincoln, NE 68506** | | - | **02-08-06** <br> **medical** | | | | **120.00** |

Sheet no. __**38**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,314.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24785** <br><br> **Suburban Surgical care** <br> **4855 Hoffman Blvd Suite 400** <br> **400** <br> **Hoffmans Estates, IL** | - | | **10-23-09** <br> **medical** | | | | 200.00 |
| Account No. **76-11593166** <br><br> **Surburban Radiology** <br> **1446 Momentum Pl** <br> **Chicago, IL 60689** | - | | **02-19-09** <br> **medical** | | | | 13.00 |
| Account No. <br><br> **System Parking** <br> **1641 W. Harrison** <br> **Chicago, IL 60612** | | | **03-08-10** <br> **Parking** | | | | 11.75 |
| Account No. **FERMA002** <br><br> **The Center For women** <br> **33186 Treasury Center** <br> **Chicago, IL 60694** | - | | **04-21-09** <br> **Medical** | | | | 25.00 |
| Account No. **FERMA000** <br><br> **The Center For women** <br> **33186 Treasury Center** <br> **Chicago, IL 60694** | - | | **06-24-06** <br> **Medical** | | | | 10.00 |

Sheet no. __**39**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

259.75

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madonna M Ferguson**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Touch of Nature**<br>**Mailcode 6888**<br>**Carbondale, IL 62901** | X | - | 07-09-10<br>medical | | | | 875.00 |
| Account No. **UNI-90908594**<br><br>**University Anesthsieology**<br>**PO BOX 128**<br>**Glenview, IL 60025** | | - | 09-08-09<br>medical | | | | 76.80 |
| Account No. **S3028740692**<br><br>**University Pathologists**<br>**5620 Southwyck Boulevard**<br>**Toledo, OH 43614-1501** | | - | 09-08-09<br>medical | | | | 13.80 |
| Account No. **3375**<br><br>**US Bank NA**<br>**130 South Gary Avenue**<br>**Bloomingdale, IL 60108-2243** | | - | 2008<br>Overdraft | | | | 4.00 |
| Account No. **1703500082342650**<br><br>**Village Of Addison**<br>**PO BOX 5905**<br>**Carol Stream, IL 60197** | | - | 04-06-10<br>Photo Enforcment | | | | 200.00 |

Sheet no. __**40**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,169.60 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **73997** | | | | | 06-23-03 Ambulance | | | | |
| **Village of Lombard** **P.O. Box 3366** **Hinsdale, IL 60522** | X | - | | | | | | | 178.32 |
| Account No. **1704000089627110** | | | | | 05-27-10 Photo Enforcment | | | | |
| **Village of V.P** **PO BOX 5905** **Carol Stream, IL 60197** | | - | | | | | | | 200.00 |
| Account No. **208-1-0000271597** | | | | | 10-28-09 medical | | | | |
| **Westlake Emergency Physicians** **520 East 22nd Street** **Lombard, IL 60148** | | - | | | | | | | 150.00 |
| Account No. **208-1-000272351** | | | | | 10-28-09 medical | | | | |
| **Westlake Emergency Physicians** **520 East 22nd Street** **Lombard, IL 60148** | | - | | | | | | | 263.70 |
| Account No. **208-1-0000271597** | | | | | 10-19-09 medical | | | | |
| **Westlake Emergency Physicians** **520 East 22nd Street** **Lombard, IL 60148** | | - | | | | | | | 150.00 |

Sheet no. __41__ of __42__ sheets attached to Schedule of          Subtotal          942.02
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madonna M Ferguson**                                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **W13326269** <br><br> **Westlake Hospital PO BOX 73545 Chicago, IL 60673** | | - | | | **10-19-09 medical** | | | | 150.00 |
| Account No. **W13350707** <br><br> **Westlake Hospital PO BOX 73545 Chicago, IL 60673** | | - | | | **10-28-09 medical** | | | | 150.00 |
| Account No. **W13298005** <br><br> **Westlake Hospital PO BOX 73545 Chicago, IL 60673** | | - | | | **10-06-09 medical** | | | | 87.00 |
| Account No. **13291612** <br><br> **Westlake Hospital PO BOX 73545 Chicago, IL 60673** | | - | | | **10-04-09 medical** | | | | 87.00 |
| Account No. | | | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 474.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 122,164.31 |

B6G (Official Form 6G) (12/07)

.

In re     **Madonna M Ferguson**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Madonna M Ferguson**                                                                                                   ,    Case No. _____
                                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moon Boulevard**<br>**Schaumburg, IL 60194-1010** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moon Lake Boulvard**<br>**Hoffman Estates, IL** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moonlake Boulevard**<br>**Hoffman Estates, IL 60194-1010** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moon Lake Boulevard**<br>**Hoffman Estates, IL** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Malcom S. Gerald**<br>**332 South Michigan Ave Ste 600**<br>**Chicago, IL 60604** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Outpatient Group**<br>**1650 Moon Lake Blvd**<br>**Hoffman Estates, IL** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moon Lake Boulevard**<br>**Hoffman Estates, IL 60194-1010** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Revenue Cycle Solutions**<br>**Lock Box 22589**<br>**Chicago, IL 60673** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Alexian Brothers Hospital**<br>**1650 Moonlake Boulevard**<br>**Hoffman Estates, IL 60194-1010** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Touch of Nature**<br>**Mailcode 6888**<br>**Carbondale, IL 62901** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Emergengy Med.**<br>**1165 Paysphere circle**<br>**Chicago, IL 60674** |

**3**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **Madonna M Ferguson**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**PO BOX 4052**<br>**Carol Stream, IL 60197** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst Memorial Healthcare**<br>**75 remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Elmhurst  Memorial Healthcare**<br>**75 Remittance Dr. Dept 6383**<br>**Chicago, IL 60675** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Louisa Krusack Gelmann, MD**<br>**120 Oak Brook Ctr. Mall Ste 410**<br>**Oak Brook, IL 60523** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **All Kids And Family Care**<br>**P.O Box 19121**<br>**Springfield, IL 62794** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Grove Dental**<br>**2 East 22nd Street Ste 201**<br>**Lombard, IL 60148** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Grove Dental**<br>**2 East 22nd Street Ste 201**<br>**Lombard, IL 60148** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Michael Greenbaum M.D.**<br>**31480 N highway 45**<br>**Libertyville, IL 60048** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Dr Sandstrom & Dr D'agostino**<br>**1786 Moon Lake Boulevard**<br>**Hoffman Estates, IL 60169** |

Sheet __**1**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

In re  **Madonna M Ferguson**  ,  Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **ATG Credit**<br>**P.O. Box 14895**<br>**Chicago, IL 60614-4895** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Central Dupage Hospital**<br>**P.O. Box 4689**<br>**Carol Stream, IL 60197-4698** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Central Dupage Hospital**<br>**P.O. Box 4698**<br>**Carol Stream, IL 60197-4698** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Oakhurst Dental**<br>**1 S224 Summit Av St 202**<br>**Villa Park, IL 60181** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Dr. Jawad Ghanayem DDS**<br>**1 S. 224 Summit av**<br>**st 302**<br>**Villa Park, IL 60181** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Steven B Coker M.D.**<br>**900 Jorie Blvd Suite 220**<br>**Oak Brook, IL 60523** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Dupage Psychological**<br>**1112 S. Washington**<br>**Naperville, IL 60540** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Ruth Waltz Attn. At Law**<br>**PO BOX 491**<br>**Arlington Heights, IL 60006** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Pediatric Dental Assoc.**<br>**949 S. Main st**<br>**Lombard, IL 60148** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Village of Lombard**<br>**P.O. Box 3366**<br>**Hinsdale, IL 60522** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **RS3 Financial Corp Of America**<br>**PO BOX 163250**<br>**Austin, TX 78720** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Boblick Medical Group**<br>**7005 Wesr North Avenue**<br>**Oak Park, IL 60302** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Rush Pediatric**<br>**75 Remittance Dr**<br>**Dept 1611**<br>**Chicago, IL 60675** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re    **Madonna M Ferguson**                                    Case No. _____
                                         ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **ICS**<br>**PO BOX 646**<br>**Oak Lawn, IL 60454-0646** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Loyola Medical Center**<br>**P.O. Box 95994**<br>**Chicago, IL 60694-5994** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Nationwide Credit**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Loyola Medical Center**<br>**P.O. Box 95994**<br>**Chicago, IL 60694-5994** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Loyola Medical Center**<br>**P.O. Box 95994**<br>**Chicago, IL 60694-5994** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Loyola Medical Center**<br>**P.O. Box 95994**<br>**Chicago, IL 60694-5994** |
| **Edward Ferguson**<br>**1691 Patricia Lane**<br>**Orange Park, FL 32073** | **Loyola Medical Center**<br>**P.O. Box 95994**<br>**Chicago, IL 60694-5994** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Madonna M Ferguson** _____    Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**13**<br>**4 months** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Travel agent** | |
| Name of Employer | **Balboa Travel** | |
| How long employed | **2 years** | |
| Address of Employer | **5414 Oberlin Avenue**<br>**San Diego, CA 92129** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,150.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,150.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **242.00** | $ | **N/A** |
|     b.  Insurance | $ | **156.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **398.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,752.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **525.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **525.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,277.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,277.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Madonna M Ferguson** _____     Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,182.00 |
| a. Are real estate taxes included? | Yes **X** No ___ | | |
| b. Is property insurance included? | Yes **X** No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 125.00 |
| b. Water and sewer | | $ | 40.00 |
| c. Telephone | | $ | 65.00 |
| d. Other  **Cable/internet** | | $ | 55.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 15.00 |
| 4. Food | | $ | 350.00 |
| 5. Clothing | | $ | 20.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 95.00 |
| 8. Transportation (not including car payments) | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 90.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,257.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 2,277.00 |
| b.    Average monthly expenses from Line 18 above | $ | 2,257.00 |
| c.    Monthly net income (a. minus b.) | $ | 20.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Madonna M Ferguson**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**60**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 23, 2010**
_____

Signature   **/s/ Madonna M Ferguson**
_____
**Madonna M Ferguson**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Madonna M Ferguson** _____    Case No. _____
Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| $0.00 | | **Employment** |
| | **2010 YTD** | **$23,029** |
| | **2009** | **$47,260** |
| | **2008** | **$73,374** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | | | |
|---|---|---|---|---|---|
| $0.00 | | **Child** | **State** | | |
| | **Pension** | **Support** | **Refund** | **Interest** | |
| | 2010YTD | | $5,250 | | |
| | 2009 | | $6,300 | $370 | $2 |
| | 2008 | $1,400 | $6,300 | $364 | $9 |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bac Home Loan Servicing** **450 American Street** **Simi Valley, CA 93065** | **Monthly mortgage payments** | **$3,546.00** | **$221,432.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CACH,LLC vs Madonna Ferguson Case 2010SC4721** | **Collection** | **Circuit court of the Eighteenth Judicial Circuit in THE NAME OF THE PEOPLE OF THE STATE OF ILLINOIS** | **JUDGMENT** |
| **CAVALRY PORTFOLIO SERVICES, LLC as assignee of Cavalry SPV 1, LLC as assignee of HSBC Bank Nevada, NA Orchard Bank vs Madonna Ferguson cASE 2010sc007** | **Collection** | **STATE OF ILLINOIS IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT** | **Undetermined** |
| **CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN THE NAME OF THE PEOPLE OF THE STATE OF ILLINOIS Case 10SR2643** | **Collection** | **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN THE NAME OF THE PEOPLE OF THE STATE OF ILLINOIS** | **JUDGMENT** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case. (**Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott W Sheen & Associates, P.C.**<br>**713 East Main Street**<br>**Saint Charles, IL 60174** | | **Attorney fees $700**<br>**Costs       $299** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US BANK**<br>**P.O. BOX 6300**<br>**Fargo, ND 58125-6300** | **Checking account 3375** | **Balance ($4.00)**<br>**Closed 9/10** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

8

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 23, 2010**                    Signature  **/s/ Madonna M Ferguson**
                                                           **Madonna M Ferguson**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Madonna M Ferguson**
_____   Case No. _____
                                              Debtor(s)     Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bac Home Loans Service** | **Describe Property Securing Debt:**<br>**Three bedroom ranch**<br>**5 North Glenview Avenue**<br>**Lombard, Il. 60148**<br>**Purchased 6/05**<br>**Cost $229,000** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 23, 2010**
_____     Signature   **/s/ Madonna M Ferguson**
                                                        _____
                                                        **Madonna M Ferguson**
                                                        Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Madonna M Ferguson**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **700.00** |
| Prior to the filing of this statement I have received | $ | **700.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■    Debtor    ☐    Other (specify):

3.   The source of compensation to be paid to me is:

■    Debtor    ☐    Other (specify):

4.   ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 23, 2010**

**/s/ Scott W. Sheen**
**Scott W. Sheen 6216837**
**Scott W. Sheen & Associates, P.C.**
**713 East Main Street**
**St. Charles, IL 60174**
**630-443-6200  Fax: 630-443-6204**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Madonna M Ferguson**                  Case No.
                                        Debtor(s)        Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Madonna M Ferguson** | X   **/s/ Madonna M Ferguson** | **November 23, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                           Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Madonna M Ferguson**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **116**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 23, 2010**

**/s/ Madonna M Ferguson**

**Madonna M Ferguson**
Signature of Debtor

Advanced Pain Consultants
6400 Industrial Loop
Greendale, WI 53129


Alexian Brothers Hospital
1650 Moonlake Boulevard
Hoffman Estates, IL 60194-1010


Alexian Brothers Outpatient Group
1650 Moon Lake Blvd
Hoffman Estates, IL


All American Garage Doors
260 Cortland Av
Hinsdale, IL 60521


All Kids And Family Care
P.O Box 19121
Springfield, IL 62794


Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099


Associate Pathology
PO BOX 3680
Peoria, IL 61612


AT&T
P.O. Box 27288
Tempe, AZ 85282


AT&T
P.O. Box 78355
Phoenix, AZ 85062-8355


ATG Credit
P.O. Box 14895
Chicago, IL 60614-4895


Atg Credit Llc
1043 W. Grandville
Chicago, IL 60660

Bac Home Loans Service
450 American St
Simi Valley, CA 93065


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Boblick Medical Group
7005 Wesr North Avenue
Oak Park, IL 60302


Cach Llc
370 17th St Ste 5000
Denver, CO 80202


Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093


Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne, NY 10532


CBCS
PO BOX 163250
Columbus, OH 43216


Central Dupage Hospital
P.O. Box 4698
Carol Stream, IL 60197-4698


Cesario & Walker
211 West Chicago Ave Ste 118
Hinsdale, IL 60521


Chicago Institute of Neuro Surgery
1200 S. York Rd
Elmhurst, IL 60126


Chicago Tribune
435 N Michican
Chicago, IL 60611

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Computer Credit
640 West Fourth Street
Winston Salem, NC 27101


Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240


Dish Network
Dept 0063
Palatine, IL 60055-0063


Donald Nash
1730 Park Street Ste 101
Naperville, IL 60563


Dr Sandstrom & Dr D'agostino
1786 Moon Lake Boulevard
Hoffman Estates, IL 60169


Dr. Jawad Ghanayem DDS
1 S. 224 Summit av
st 302
Villa Park, IL 60181


Dupage Psychological
1112 S. Washington
Naperville, IL 60540


Edward Ferguson
1691 Patricia Lane
Orange Park, FL 32073


Elk Grove Radiology
75 Remittamce Dr. #6500
Chicago, IL 60675


Elmhurst  Memorial Healthcare
75 Remittance Dr. Dept 6383
Chicago, IL 60675

Elmhurst Anthesthesiologist
PO BOX 87316
Carol Stream, IL 60122


Elmhurst Emergengy Med.
1165 Paysphere circle
Chicago, IL 60674


Elmhurst Memorial Healthcare
PO BOX 4052
Carol Stream, IL 60197


Elmhurst Memorial Healthcare
75 remittance Dr. Dept 6383
Chicago, IL 60675


Elmhurst Orthopedic
PO Box 87618 dept 7010
Chicago, IL 60680


Elmhurst Orthopeics
PO BOX 646
Chicago, IL 60680


Elmhurst Radiologists
PO BOX 1035
Bedford Park, IL 60499


Engstom Plumbing
415 Belden Av
Unit 1
Addison, IL 60101


Escallate Llc
5200 Stoneham Rd
North Canton, OH 44720


Fair Share Plus By Wyndham
PO BOX 98940
Las Vegas, NV 89193


Ffcc-Columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

Gregory Schubert
7756 S. Archer Av
Justice, IL 60458


Grove Dental
2 East 22nd Street Ste 201
Lombard, IL 60148


Harris & Harris LTD
222 Merchandise Mart
Chicago, IL 60654


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


HR Acounts
7017 John Deere Parkway
Moline, IL 61266


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


ICS
PO BOX 1010
Tinley Park, IL 60477


Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487


Internal Revenue Service
PO BOX 145577
Cincinnati, OH 45250


Internatinal Profit Ass.
1250 Barclay Blvd
Buffalo Grove, IL 60089


Jdt Medical Billing
6033 North Sheridan Road Ste N6
Chicago, IL 60660

Keller Orthotics
524 Northwest Highway
Mount Prospect, IL 60056


Louisa Krusack Gelmann, MD
120 Oak Brook Ctr. Mall Ste 410
Oak Brook, IL 60523


Loyola Medical Center
P.O. Box 95994
Chicago, IL 60694-5994


Lyon Foot & Ankle
6 East St Charles Rd Suite 100
Lombard, IL 60148


Malcom Gerard & Associates
332 South Michigan Avenue  #600
Chicago, IL 60604


Malcom S. Gerald
332 South Michigan Ave Ste 600
Chicago, IL 60604


Med Business bureau
1175 Devin Drive Ste 173
Norton Shores, MI


Medical Business Bureau
1460 Renaissance Drive Ste 400
Park Ridge, IL 60068


Medical Financial Mgmt
8135 milwaukee
Niles, IL 60714


Medical Recovery Specialist
2350 East Devon STE.225
Des Plaines, IL 60018


Merchants Credit
223 W Jackson #400
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Boulevardlvd Ste 4
Chicago, IL 60606


Michael Greenbaum M.D.
31480 N highway 45
Libertyville, IL 60048


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123


Midwest Neurophsyiatric
1725 W. Harrison
Chicago, IL 60612


Miramed
991 Oak Creek Dr
Lombard, IL 60148


Miramed Revenue Group
PO BOX 77004
Detroit, MI 48277


Morton GroveMedical
6910 South Madison Street
Willowbrook, IL 60527


MQC Collections
1730 Park st
101
Toledo, OH 43614


Municipal Collection Service
PO BOX 666
Lansing, IL 60438


Nation Wide Credit Inc
2015 Vaughn Road NW Suite 400
Kennesaw, GA 30144-7802


National Enterprise
29125 SOLON RD.
Solon, OH 44139

Nationwide Credit
815 Commerce Dr Ste 100
Oak Brook, IL 60523


New Dimention Designs
1212 Capital Dr
Unit 7
Addison, IL 60101


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Oakbrook Behavior Health
18 W 100 22nd st
Villa Park, IL 60181


Oakbrook Endodontic
120 Oakbrook Suite 514
Oak Brook, IL 60523


Oakhurst Dental
1 S224 Summit Av St 202
Villa Park, IL 60181


Orkin Pest Control
PO BOX 411
Elk Grove, IL 60009


Paintech Designs
2005 S. Finley Road
Lombard, IL 60148


Pediatric Dental Assoc.
949 S. Main st
Lombard, IL 60148


Pellettieri & Associat, P.C.
991 Oak Creek Drive
Lombard, IL 60148-6408

Personal Growth Ass.
1111 plaza Dr
780
Schaumburg, IL 60173


Pinnacle Credit Servic
7900 Highway 7 # 100
Saint Louis Park, MN 55426


Provena Mercy Center
PO BOX 8800
Chicago, IL 60680


Retrieval Masters Creditors
2269 S Saw Mill River Rd
Elmsford, NY 10523


Revenue Cycle Solutions
Lock Box 22589
Chicago, IL 60673


RS3 Financial Corp Of America
PO BOX 163250
Austin, TX 78720


Rush Pediatric
75 Remittance Dr
Dept 1611
Chicago, IL 60675


Rush University Medical Center
1700 W. Van Buren
Chicago, IL 60612


Ruth Waltz Attn. At Law
PO BOX 491
Arlington Heights, IL 60006


Sherman Health
35134 Eagle Way
Chicago, IL 60678-1351


Stephens and Michaels Ass.
PO BOX 109
Salem, NH 03079

Steven B Coker M.D.
900 Jorie Blvd Suite 220
Oak Brook, IL 60523


Suburban Lung Associates
PO BOX 6971
Lincoln, NE 68506


Suburban Surgical care
4855 Hoffman Blvd Suite 400
400
Hoffmans Estates, IL


Surburban Lung Assoc.
PO BOX 2776
Carol Stream, IL 60132


Surburban Radiology
1446 Momentum Pl
Chicago, IL 60689


System Parking
1641 W. Harrison
Chicago, IL 60612


The Center For women
33186 Treasury Center
Chicago, IL 60694


The Shindler Law Firm
1900 East Algonquin Road Suite 180
Schaumburg, IL 60173


Touch of Nature
Mailcode 6888
Carbondale, IL 62901


University Anesthsieology
PO BOX 128
Glenview, IL 60025


University Pathologists
5620 Southwyck Boulevard
Toledo, OH 43614-1501

US Bank NA
130 South Gary Avenue
Bloomingdale, IL 60108-2243


Village Of Addison
PO BOX 5905
Carol Stream, IL 60197


Village of Lombard
P.O. Box 3366
Hinsdale, IL 60522


Village of V.P
PO BOX 5905
Carol Stream, IL 60197


Westlake Emergency Physicians
520 East 22nd Street
Lombard, IL 60148


Westlake Hospital
PO BOX 73545
Chicago, IL 60673